UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

THE INDEPENDENCE PROJECT, INC., a
New Jersey Non Profit Corporation, and
MARK R. ALLISON, Individually,

        Plaintiffs,

v.                                      CASE NO.: 2:13-CV-01445-JAD-CWH

MLCFC 2006-4 SAHARA RETAIL, LLC,
a Nevada Limited Liability Company,

        Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court upon the Stipulation for Dismissal With Prejudice. The Court having carefully reviewed said Stipulation and after due consideration, it is

ORDERED AND ADJUDGED as follows:

1.    The Stipulation For Dismissal With Prejudice filed herein by the Plaintiffs, and the Defendant, be and the same is hereby approved;

2.    The above-styled cause be and the same is hereby **DISMISSED** with prejudice;

3.    The Court retains jurisdiction of the above-styled cause solely for the purpose of enforcing the Settlement Agreement; and

4.    To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

DONE AND ORDERED in Chambers this 1st day of May, 2014.

_____
UNITED STATES DISTRICT JUDGE